# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     OKLAHOMA

MICHAEL JAMES PRINE,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:     CIV-09-203-JHP-KEW

JANE STANDIFIRD, Warden

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is, in all respects, DISMISSED as time barred.

11/24/2009
Date

WILLIAM B. GUTHRIE
Clerk

s/ C.Trzcinski
(By) Deputy Clerk